UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:04-cr-341(S1)-J-99TEM

ROBERT JAMES KING

_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States of America sought forfeiture of property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violation of 21 U.S.C. § 841 *et seq.*, pursuant to 21 U.S.C. § 853, and

WHEREAS, Defendant Robert James King has pled guilty to Counts Three and Four of the Superseding Indictment, and

WHEREAS, the Plea Agreement provides the requisite nexus for forfeiture of $1,276.00 in U.S. currency that the Defendant agreed to forfeit, pursuant to 21 U.S.C. § 853. The United States, on March 9, 2005, filed its motion and brief for the issuance of a Preliminary Order of Forfeiture (Dkt. 35). Accordingly, it is hereby

ORDERED and ADJUDGED that the motion (Dkt. 35), is hereby Granted, and that all right, title and interest of the defendant in the $1,276.00 in U.S. currency, is hereby forfeited to the United States of America.

It is further ORDERED that the United States Marshals Service seize the above-described real property for disposition pursuant to law, subject to the provisions of 21

U.S.C. § 853(n).

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a)(1), in which the interest of all parties will be addressed.

DONE and ORDERED in Jacksonville, Florida, this 9𝑡 day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:   AUSA Glober
      SAUSA Mitchell
      James H. Burke, Jr., FPD

2